**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

**26-MJ-3873-ELFENBEIN**

Economic Crimes & Cyber Fraud Section

*Robert F. Moore, AUSA*
*JLK Federal Justice Building*
*99 Northeast Fourth Street*
*Miami, Florida 33132-2111*
*Tel. (305) 961-9411*

August 31, 2026

Benigno Rosado Rodriguez

FILED BY JP D.C.
Oct 16, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Via: ***HAND DELIVERY***

Mr. Rodriguez:

This letter is to notify you that you are a target of a grand jury investigation in the Southern District of Florida involving possible violations of federal criminal law. This investigation involves, but is not limited to, violations of Title 18, United States Code, Sections 1344 (Bank Fraud).

If you have retained counsel, please have him or her contact me regarding the matter. If you have not, I urge you to do so.

If you are unable to afford counsel, you may, under certain circumstances, be entitled to court-appointed counsel at no cost. If you cannot afford counsel, I encourage you to contact FDIC, OIG Special Agent Tony Senat (754) 399-6318 for the limited purpose of arranging a court proceeding to determine your eligibility for appointed counsel at no cost to you.

Sincerely,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY: ***/s/ Robert F. Moore***
Robert F. Moore
Assistant United States Attorney